JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EMIL ESTEPANZADEH,

     Plaintiff,

        v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

     Defendant.

No. 2:23-cv-04671-AJR

JUDGMENT

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date:  10/24/23

_____
HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

-1-